956

No. 1358. CANNON ET AL. *v.* GREEN ET AL. Appeal from D. C. D. C. dismissed for want of jurisdiction. ■

No. 90. BIRNBAUM *v.* ILLINOIS. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted. ■

No. 1471. E. S. G. *v.* TEXAS. Appeal from Ct. Civ. App. Tex., 4th Sup. Jud. Dist. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted. ■

No. 40, Orig. PENNSYLVANIA *v.* NEW YORK ET AL. Motion for leave to file bill of complaint granted and defendants allowed 60 days to answer.

No. 730. HILL *v.* CALIFORNIA. Sup. Ct. Cal. Case restored to calendar for reargument and to be argued with cases No. 1125 [certiorari granted, 397 U. S. 986] and No. 1142 [*Elkanich* v. *United States,* certiorari granted, 396 U. S. 1057]. ■

No. 1420. YOUNG *v.* SCOTT ET AL., *ante,* p. 929. Motion of respondent Scott for allowance of attorney's fee denied without prejudice to submission of a motion for such relief to the United States District Court for the Eastern District of Virginia. *Newman* v. *Piggie Park Enterprises, Inc.,* 390 U. S. 400.